In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-06-086 CR


____________________



SHANE NOLAND MORGAN, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the Criminal District Court


Jefferson County, Texas


Trial Cause No. 88771






MEMORANDUM OPINION


 We have before the Court a motion from the appellant, Shane Noland Morgan, to
withdraw his appeal. Tex. R. App. P. 42.2. A request to dismiss the appeal is signed by
appellant personally and attached to a motion presented by counsel of record. No opinion
has issued in this appeal. The motion is granted and the appeal is therefore dismissed.

 APPEAL DISMISSED.

 ____________________________

 DAVID GAULTNEY

 Justice


Opinion Delivered July 12, 2006

Do Not Publish

Before McKeithen, C.J., Gaultney and Kreger, JJ.